# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERA INSTITUTE OF JUSTICE, et al., <br><br> *Plaintiffs*, *on behalf of themselves and all others similarly situated,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> PAMELA J. BONDI, in her official capacity as United States Attorney General, <br><br> OFFICE OF JUSTICE PROGRAMS, <br><br> MAUREEN A. HENNEBERG, in her official capacity as Acting Head of the Office of Justice Programs, <br><br> *Defendants.* | Case No. 1:25-cv-1643 |

## PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Plaintiffs Vera Institute of Justice, Children and Youth Justice Center d/b/a Center for Children & Youth Justice, Chinese for Affirmative Action d/b/a Stop AAPI Hate, FORCE Detroit, Health Resources in Action, and Vera Institute of Justice respectfully move pursuant to Federal Rule of Civil Procedure 65 for a preliminary injunction. For the reasons presented in the accompanying memorandum in support of this motion, the Court should enter an order that enjoins Defendants from implementing their decision in April 2025 to terminate grants issued by the U.S. Department of Justice Office of Justice Programs. The specific contours of the relief that Plaintiffs seek are provided in the accompanying proposed order.

Dated: May 22, 2025                                 Respectfully submitted,

                                                                        LISA NEWMAN*
                                                                        JENNIFER FOUNTAIN CONNOLLY (D.C. BAR NO. 1019148)

BRIAN NETTER (D.C. BAR NO. 979362)
CORTNEY ROBINSON (D.C. BAR NO. 1656074)
SOMIL TRIVEDI (D.C. BAR NO. 1617967)
SKYE L. PERRYMAN (D.C. BAR NO. 984573)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
lnewman@democracyforward.org

*Counsel for Plaintiffs*

\**Pro hac vice* motion pending

JOSHUA PERRY*
JOSHUA STANTON (D.C. BAR NO. 90010653)
E. DANYA PERRY*
PERRY LAW
445 Park Avenue, 7th Floor
New York, NY 10022
(212) 251-2619
jperry@danyaperrylaw.com

*Counsel for Plaintiffs*

*Request for admission pending