UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERA INSTITUTE OF JUSTICE, et al., <br><br> *Plaintiffs*, *on behalf of themselves and all others similarly situated,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> PAMELA J. BONDI, in her official capacity as United States Attorney General, <br><br> OFFICE OF JUSTICE PROGRAMS, <br><br> MAUREEN A. HENNEBERG, in her official capacity as Acting Head of the Office of Justice Programs, <br><br> *Defendants.* | Case No.1:25-cv-1643 |

# [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Upon careful consideration of Plaintiffs' motion for a preliminary injunction and stay of final agency action pursuant to 5 U.S.C. § 705, and the accompanying memorandum of law in support thereof,

It is hereby ORDERED that the motion is GRANTED;

It is FURTHER ORDERED that Defendants and their agents are ENJOINED from enforcing or otherwise giving effect to the termination of Plaintiffs' grants, including through the enforcement of closeout obligations;

It is FURTHER ORDERED that Defendants and their agents are ENJOINED from re-obligating the funds used to support putative class members' terminated grants;

It is FURTHER ORDERED that Defendants take all steps necessary to ensure that OJP disburses funds to Plaintiffs in the customary manner and in customary timeframes;

It is FURTHER ORDERED that his Order shall apply to the maximum extent provided for by Federal Rule of Civil Procedure 65(d)(2);

It is FURTHER ORDERED that Defendants shall file a status report with the Court within 24 hours of this order apprising the Court of the status of their compliance with this Order.

Ordered this _____ day of May, 2025.

_____
United States District Court Judge