**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

VERA INSTITUTE OF JUSTICE, *et al.*,

    *Plaintiffs*,

    v.

UNITED STATES DEPARTMENT OF
JUSTICE, *et al.*,

    *Defendants*.

Civil Action No. 25-CV-01643-APM

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that JOHN BAILEY, an attorney with the United States Department of Justice, Civil Division, hereby enters his appearance on behalf of the Defendants in this action.

Date: May 29, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANDREW I. WARDEN
Assistant Director, Federal Programs Branch

/s/ *John Bailey*
JOHN BAILEY
  (Ohio Bar No. 104260)
Counsel
United States Department of Justice
Civil Division
950 Constitution Ave. NW
Washington, DC 20005
Phone: (202) 514-6993
Email: john.bailey@usdoj.gov

*Counsel for Defendants*