IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VERA INSTITUTE OF JUSTICE, et al.**<br><br>*Plaintiffs, on behalf of themselves and all others similarly situated,*<br><br>**v.**<br><br>**U.S. DEPARTMENT OF JUSTICE, et al.**<br><br>*Defendants.* | **Case No.: 1:25-cv-1643**<br><br>**Honorable Amit P. Mehta** |

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*
COMMUNITY-BASED PUBLIC SAFETY SUBGRANTEES
IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to LCvR 7(o), *Amici Curiae* Community-Based Public Safety Subgrantees move for leave to file a brief as *amici curiae* in support of Plaintiffs' Motion for Preliminary Injunction. The proposed brief and a proposed order are attached to this filing. In support of this motion, *amici* further state:

*Amici* are small, community-based non-profit organizations from across the nation that are subrecipients of terminated Office of Justice Programs (OJP) grant awards at issue in the above-captioned matter. *Amici* respectfully request leave to file a brief in support of Plaintiffs' Motion for Preliminary Injunction. (Dkt. Entry 3)

*Amici*'s proposed brief will assist the Court in understanding the very particular and unique ways in which the abrupt termination of grant awards has caused immediate harm to their on-the-ground programmatic work and operations.

As required by Local Rule 7(o), *Amici* have conferred with the parties to obtain their position regarding the filing of this brief. Defendants consent to *Amici*'s filing, and Plaintiffs do not oppose.

For the foregoing reasons, *Amici* respectfully request that the Court grant their motion for leave to file an *amicus curiae* brief in support of Plaintiffs' Motion for Preliminary Injunction.

Respectfully submitted, this 6th day of June, 2025.

*Counsel for Proposed Amici*

/s/ Joshua A. Rosenthal
Joshua A. Rosenthal (D.C. Bar No. 198162)
Asian Law Caucus
55 Columbus Ave.
San Francisco, CA 94111
628-345-5628
joshr@asianlawcaucus.org

## CERTIFICATE OF SERVICE

I certify that the foregoing motion is being served on all parties of record by the Court's ECF system on the date of filing, this 6th day of June, 2025.

/s/ Joshua A. Rosenthal

Joshua A. Rosenthal (D.C. Bar No. 198162)
Asian Law Caucus
55 Columbus Ave.
San Francisco, CA 94111
628-345-5628
joshr@asianlawcaucus.org