IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VERA INSTITUTE OF JUSTICE, et al.**<br><br>*Plaintiffs, on behalf of themselves and all others similarly situated,*<br>**v.**<br><br>**U.S. DEPARTMENT OF JUSTICE, et al.**<br><br>*Defendants.* | **Case No.: 1:25-cv-1643**<br><br>**Honorable Amit P. Mehta** |

**[PROPOSED] ORDER**

Before the Court is Community-Based Public Safety Subgrantees' Unopposed Motion for Leave to File Brief of *Amici Curiae* Community-Based Public Safety Subgrantees In Support of Plaintiffs' Motion for Preliminary Injunction. Finding good cause, the Court hereby ORDERS that the motion be and is hereby GRANTED. The clerk is DIRECTED to docket the proposed *amicus curiae* brief.

**IT IS SO ORDERED.**

Entered this _____ day of _____, 2025.

_____
U.S. District Court Judge Amit P. Mehta