UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VERA INSTITUTE OF JUSTICE, *et al.*,

   *Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,

   *Defendants*.

Civil Action No. 25-CV-01643-APM

## JOINT STIPULATION

On or about June 3, 2023, the Department of Justice, Office of Justice Programs (OJP) sent email communications to Plaintiffs and some other putative class members to begin the closeout process for the terminated grant awards challenged in this case. To provide a procedure for recipients of terminated grant awards to obtain reimbursement for qualified expenses that they may have incurred before such termination, OJP requested that each such grant recipient submit a "preliminary final" Federal Financial Report (FFR) to OJP within 7 days. The information in the "preliminary final" FFR will be used by OJP to determine the amount of money, if any, each grant recipient may be lawfully owed for qualified expenses the recipient incurred prior to termination.

To obviate any need for further litigation during the pendency of Plaintiffs' motion for preliminary injunction before this Court, the parties hereby agree and stipulate to the following:

1. OJP will take reasonable and appropriate steps, consistent with applicable law (including as applied under each award agreement and the terms and conditions

thereof), to review each "preliminary final" FFR to determine whether a grant recipient may be eligible for reimbursement for qualified expenses that the recipient incurred before termination. In the event that OJP determines that the recipient may be entitled to reimbursement, OJP will take reasonable and appropriate steps to remit payment to the recipient.

2. OJP will accept for review (per paragraph 1) any "preliminary final" FFR submitted beyond the seven-day period, until the "final" FFR is legally due. As required under DOJ federal grants administrative regulations (*e.g.,* 2 C.F.R. § 200.344), the grant recipient must submit any such claims for reimbursement by no later than 120 days after the termination date.

3. Defendants agree not to submit evidence or argument against Plaintiffs in this litigation about an individual grant recipient's decision to submit or not submit a "preliminary final" FFR.

4. In connection with the terminations, OJP will— (a) take no actions, other than in accordance with law (*e.g.*, 2 C.F.R. § 200.344); and (b) will not close out any grant award (other than with the consent of the grant recipient), until the Court resolves Plaintiffs' motion for preliminary injunction; and (c) will approve extensions pursuant to 2 C.F.R. § 200.344(c), at the request of any Plaintiff or putative class member, of not less than the number of days that elapse between the termination date of the challenged grant and the date that the Court decides Plaintiffs' motion for preliminary injunction.

| FOR PLAINTIFFS | FOR DEFENDANTS |
|---|---|
| */s/ Jennifer Fountain Connolly* | YAAKOV M. ROTH |
| JENNIFER FOUNTAIN CONNOLLY | Acting Assistant Attorney General |
| (D.C. Bar No. 1019148) | |
| DEMOCRACY FORWARD FOUNDATION | ANDREW I. WARDEN |
| P.O. Box 34553 | Assistant Director |
| Washington, D.C. 20043 | Federal Programs Branch |
| Telephone: (202) 448-9090 | |
| Fax: (202) 796-4426 | /s/ *John Bailey* |
| jconnolly@democracyforward.org | John Bailey |
| | Ohio Bar No. 10460 |
| *Counsel for Plaintiffs* | Counsel |
| | United States Department of Justice |
| | Civil Division |
| | 950 Constitution Ave. NW |
| | Washington, DC 20005 |
| | Phone: (202) 514-6993 |
| | Email: john.bailey@usdoj.gov |
| | |
| | *Counsel for Defendants* |