## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VERA INSTITUTE OF JUSTICE, et al.,** ) | |
| ) | |
| ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Case No. 25-cv-1643 (APM)** |
| ) | |
| **U.S. DEPARTMENT OF JUSTICE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## <u>ORDER</u>

For the reasons set forth in the court's Memorandum Opinion, ECF No. 47, Plaintiffs'

Motion for Preliminary Injunction, ECF No. 3, is denied and Defendants' Motion to Dismiss, ECF

No. 27, is granted.  Plaintiffs' Motion for Class Certification, ECF No. 2, is denied as moot.

This is a final, appealable order.


Dated:  July 7, 2025

Amit P. Mehta
United States District Judge