# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERA INSTITUTE OF JUSTICE, et al., *Plaintiffs, on behalf of themselves and all others similarly situated,* v. UNITED STATES DEPARTMENT OF JUSTICE, et al., *Defendants.* | Case No. 1:25-cv-1643-APM |

## PLAINTIFFS' NOTICE OF APPEAL

All Plaintiffs provide notice of their appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's July 7, 2025 orders, docketed at ECF Nos. 47 and 48.

Dated: July 8, 2025

Respectfully submitted,

*/s/ Lisa Newman*
LISA NEWMAN (ADMITTED *PRO HAC VICE*)
JENNIFER FOUNTAIN CONNOLLY (D.C. BAR NO. 1019148)
CORTNEY ROBINSON (D.C. BAR NO. 1656074)
SOMIL TRIVEDI (D.C. BAR NO. 1617967)
BRIAN D. NETTER (D.C. BAR NO. 979362)
SKYE L. PERRYMAN (D.C. BAR NO. 984573)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
lnewman@democracyforward.org

JOSHUA PERRY
JOSHUA STANTON (D.C. Bar No. 90010653)
E. DANYA PERRY
PERRY LAW

445 Park Avenue, 7th Floor
New York, NY 10022
(212) 251-2619
jperry@danyaperrylaw.com

*Counsel for Plaintiffs*