IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Vera Institute of Justice, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>U.S. Department of Justice, et al.,<br><br>    *Defendants*. | Civil Action 1:25-cv-1643-APM |

### [PROPOSED] ORDER

Upon consideration of the Unopposed Motion for Leave to File Brief of America First Legal Foundation as *Amicus Curiae* in Opposition to Plaintiffs' Emergency Motion for Injunction Pending Appeal, the Court grants the motion and directs the clerk to file the proposed brief.

SO ORDERED.

_____
Amit P. Mehta
United States Judge