## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERA INSTITUTE OF JUSTICE, et al., *Plaintiffs*, on behalf of themselves and all others similarly situated, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, et al., *Defendants*. | Case No. 1:25-cv-1643-APM |

## JOINT STATUS REPORT

Pursuant to this Court's July 21, 2025 Order, Dkt. No. 57, the parties provide the following joint status report. On August 1, 2025, the D.C. Circuit denied Plaintiffs' motion for an injunction pending appeal and granted the motion to expedite the case. Briefing is now complete, and the case is set for argument on October 14, 2025. Because this Court's injunction will expire on October 1, before the D.C. Circuit will have had a chance to hear oral argument and render an opinion, the parties respectfully request that the Court extend the injunction for an additional 60 days.

Dated: September 29, 2025         Respectfully submitted,

*/s/ Lisa Newman*
LISA NEWMAN (ADMITTED *PRO HAC VICE*)
JENNIFER FOUNTAIN CONNOLLY (D.C. BAR NO. 1019148)
CORTNEY ROBINSON (D.C. BAR NO. 1656074)
SOMIL TRIVEDI (D.C. BAR NO. 1617967)
BRIAN D. NETTER (D.C. BAR NO. 979362)
SKYE L. PERRYMAN (D.C. BAR NO. 984573)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043

(202) 448-9090
lnewman@democracyforward.org

JOSHUA PERRY
JOSHUA STANTON (D.C. Bar No. 90010653)
E. DANYA PERRY
PERRY LAW
445 Park Avenue, 7th Floor
New York, NY 10022
(212) 251-2619
jperry@danyaperrylaw.com

*Counsel for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General, Civil Division

ANDREW I. WARDEN
Assistant Director
Federal Programs Branch

/s/ John Bailey
John Bailey
Counsel
Ohio Bar No. 104260
United States Department of Justice
Civil Division
950 Constitution Ave. NW
Washington, DC 20005
Phone: (202) 514-6993
Email: john.bailey@usdoj.gov

*Counsel for Defendants*