UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERA INSTITUTE OF JUSTICE, *et al.*,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>   *Defendants*. | Civil Action No. 25-CV-01643-APM |

## JOINT STATUS REPORT

Plaintiffs and Defendants, by their respective counsel, respectfully submit this Joint Status Report pursuant to the Court's September 30, 2025 Minute Order. Plaintiffs' appeal remains pending with the D.C. Circuit, which held argument on October 14, and this Court's injunction pending appeal is set to expire on December 1, 2025. To allow the court of appeals time to render an opinion, the parties respectfully request that the Court extend the injunction until March 1, 2026.

Dated: November 25, 2025             Respectfully submitted,

                                                        BRETT A. SHUMATE
                                                        Assistant Attorney General

                                                        YAAKOV M. ROTH
                                                        Principal Deputy Assistant Attorney General

ANDREW I. WARDEN
Assistant Director
Federal Programs Branch

<u>/s/ *John Bailey*</u>
John Bailey
Counsel to the Assistant Attorney General
United States Department of Justice
Civil Division
950 Constitution Ave. NW
Washington, DC 20005
Phone: (202) 514-6993
Email: john.bailey@usdoj.gov

*Counsel for Defendants*

<u>*/s/ Lisa Newman*</u>
Lisa Newman (Admitted *pro hac vice*)
Jennifer Fountain Connolly (D.C. Bar No. 1019148)
Cortney Robinson (D.C. Bar No. 1656074)
Somil Trivedi (D.C. Bar No. 1617967)
Brian D. Netter (D.C. Bar No. 979362)
Skye L. Perryman (D.C. Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
lnewman@democracyforward.org

Joshua Perry
Joshua Stanton (D.C. Bar No. 90010653)
E. Danya Perry
Perry Law
445 Park Avenue, 7th Floor
New York, NY 10022
(212) 251-2619
jperry@danyaperrylaw.com

*Counsel for Plaintiffs*