UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VERA INSTITUTE OF JUSTICE, *et al.*,

   *Plaintiffs*,

   v.

UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,

   *Defendants*.

Civil Action No. 25-CV-01643-APM

**JOINT STATUS REPORT**

Plaintiffs and Defendants, by their respective counsel, respectfully submit this Joint Status Report pursuant to the Court's November 26, 2025 Minute Order. Plaintiffs' appeal remains pending with the D.C. Circuit, which held argument on October 14, 2025, and this Court's injunction pending appeal is to expire March 1, 2026. To allow the court of appeals time to render an opinion, the parties respectfully request that the Court extend the injunction until May 5, 2026. Additionally, the parties agree to submit a joint status report by May 1, 2026 updating the court on the status of appellate proceedings and indicating their position on whether the injunction should be extended.

Dated: February 25, 2026                                Respectfully submitted,

| FOR PLAINTIFFS | FOR DEFENDANTS |
|---|---|
| /s/ Lisa Newman | BRETT A. SHUMATE |
| LISA NEWMAN* | Assistant Attorney General |
| JENNIFER FOUNTAIN CONNOLLY | |
|   D.C. Bar No. 1019148 | YAAKOV M. ROTH |
| CORTNEY ROBINSON | Principal Deputy Assistant Attorney General |
|   D.C. Bar No. 1656074 | |
| SOMIL TRIVEDI | JOHN BAILEY |
|   D.C. Bar No. 1617967 | Counsel to the Assistant Attorney General |
| BRIAN D. NETTER | |
|   D.C. Bar No. 979362 | /s/ *Andrew I. Warden* |
| SKYE L. PERRYMAN | Andrew I. Warden (IN 23840-49) |
|   D.C. Bar No. 984573 | Assistant Director |
| DEMOCRACY FORWARD FOUNDATION | United States Department of Justice |
| P.O. Box 34553 | Civil Division, Federal Programs Branch |
| Washington, D.C. 20043 | 1100 L. Street NW |
| | Washington, DC 20005 |
| *Admitted pro hac vice | Phone: (202) 616-5084 |
| | Email: Andrew.warden@usdoj.gov |
| | |
| | *Counsel for Defendants* |