**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

VERA INSTITUTE OF JUSTICE, et al.,

*Plaintiffs*, *on behalf of themselves and all others similarly situated,*

v.

UNITED STATES DEPARTMENT
OF JUSTICE, et al.,

*Defendants.*

Case No. 1:25-cv-1643-APM

**JOINT STATUS REPORT**

Pursuant to this Court's May 4, 2026 Minute Order, the parties provide the following joint status report. Plaintiffs' appeal remains pending with the D.C. Circuit, which held argument on October 14, 2025, and this Court's injunction pending appeal is set to expire on July 10, 2026. To allow the court of appeals time to render an opinion, the parties respectfully request that the Court extend the injunction until September 1, 2026. Additionally, the parties agree to submit a status report by August 28, 2026, to update the Court on the status of appellate proceedings and their position on whether the injunction should be extended.

Dated: July 8, 2026

Respectfully submitted,

*/s/ Lisa Newman*
LISA NEWMAN (ADMITTED *PRO HAC VICE*)
JENNIFER FOUNTAIN CONNOLLY (D.C. BAR NO. 1019148)
CORTNEY ROBINSON (D.C. BAR NO. 1656074)
BRIAN D. NETTER (D.C. BAR NO. 979362)
SKYE L. PERRYMAN (D.C. BAR NO. 984573)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043

(202) 448-9090
lnewman@democracyforward.org


BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Director
Federal Programs Branch

*/s/ John Bailey*
John Bailey
Counsel
Ohio Bar No. 104260
United States Department of Justice
Civil Division
950 Constitution Ave. NW
Washington, DC 20005
Phone: (202) 514-6993
Email:  john.bailey@usdoj.gov

*Counsel for Defendants*